UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                    CASE NO.  3:11cr13/MCR

TERRA PALMER

## HEARING NOTICE

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom 4 North |
| Date: | March 11, 2011 |
| Time: | 10:00 AM |

Type of Proceeding:  Change of Plea hearing before the Honorable M. Casey Rodgers

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

March 9, 2011                                    s/ Susan Simms
DATE                                             Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
David Goldberg, AUSA
Clinton Couch, Esquire
US Marshal
US Probation
Court Security
Court Reporter