IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                  Case No. 3:11cr13/MCR

TERRA C. PALMER
_____/

### FACTUAL SUMMARY IN SUPPORT OF GUILTY PLEA

The parties agree that the evidence at trial would establish the following:

Defendant **TERRA C. PALMER** was part of a criminal conspiracy to acquire and distribute pseudoephedrine during the time frame charged in the Indictment. Defendant **TERRA C. PALMER**, during that time frame, worked alongside co-Defendants Henrickson, Jernigan and Neal (as well as others) to purchase pseudoephedrine from area pharmacies in order to provide it to those who would manufacture this listed chemical into methamphetamine. That is, Defendant **TERRA C. PALMER** along with others would travel to said pharmacies and purchase the listed chemical to be provided to the methamphetamine manufacturer so as to be "pooled" for the manufacturing process. Defendant **TERRA C. PALMER** was aware the pseudoephedrine was utilized to manufacture methamphetamine as that was the purpose of the ongoing conspiracy. In total, during the time frame charged in the Indictment, Defendant **TERRA C. PALMER** personally purchased in excess of 80 boxes of pseudoephedrine in order to further the criminal venture.

FILED IN OPEN COURT THIS
3-11-2011
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

Moreover, in December 2010, Defendant **TERRA C. PALMER** was caught involved in the manufacturing of methamphetamine with co-Defendant Raymond Love at his residence.

<div style="display: flex;">

<div>

CLINTON A. COUCH
Attorney for Defendant
Florida Bar No. 898181
3 West Garden Street, Suite 707
Pensacola, Florida 32502
(850) 432-3245

3/8/2011
Date

**TERRA C. PALMER**
Defendant

3/8/2011
Date

</div>

<div>

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

DAVID L. GOLDBERG
Member of the Maryland Bar
Assistant U.S. Attorney
Northern District of Florida
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

3/11/11
Date

</div>

</div>

2