IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    Case No. 3:11cr13/MCR

TERRY D. WOLFE

_____/

### FACTUAL SUMMARY IN SUPPORT OF GUILTY PLEA

The parties agree that the evidence at trial would establish the following:

Defendant **TERRY D. WOLFE** was part of a criminal conspiracy to acquire pseudoephedrine during the time frame charged in the Indictment. Defendant **TERRY D. WOLFE**, during that time frame, worked alongside co-Defendant Ramsey (as well as others) to purchase pseudoephedrine from area pharmacies in order to manufacture this listed chemical into methamphetamine.[1] Defendant **TERRY D. WOLFE** was aware the pseudoephedrine was utilized to manufacture methamphetamine as that was the purpose of the ongoing conspiracy and he was one of those who actually manufactured the pseudoephedrine into methamphetamine (along with co-Defendant Ramsey).

In total, during the time frame charged in the Indictment, Defendant **TERRY D. WOLFE** personally purchased in excess of 90 boxes of pseudoephedrine in order to further the criminal venture. He also received pseudoephedrine boxes from other members of the conspiracy in order to manufacture methamphetamine. The conspiracy, in which Defendant **TERRY D. WOLFE** was directly involved with co-Defendant

---

[1] This also includes unindicted conspirators charged by the state of Florida.

FILED IN OPEN COURT THIS
3-14-2011
CLERK, U.S. DISTRICT
COURT, NORTH...

Ramsey, manufactured and/or distributed in excess of 500 grams of methamphetamine. In fact, these two co-defendants were located by law enforcement with one another in February 2010 on a property upon which methamphetamine was being manufactured inside a shed.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

| | |
|---|---|
| MICHELLE L. HENDRIX<br>Attorney for Defendant<br>Florida Bar No. 172510<br>315 South Palafox Street<br>Pensacola, Florida 32502<br>(850) 433-5461 | DAVID L. GOLDBERG<br>Member of the Maryland Bar<br>Assistant U.S. Attorney<br>Northern District of Florida<br>21 East Garden Street, Suite 400<br>Pensacola, Florida 32502<br>(850) 444-4000 |
| 3/14/11<br>Date | 3/14/11<br>Date |

TERRY D. WOLFE
Defendant

03-14-2011
Date

2